THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCAL 191 I.B.E.W. HEALTH AND WELFARE TRUST FUND; LOCAL 191 I.B.E.W. MONEY PURCHASE PLAN; NORTHWEST WASHINGTON ELECTRICAL INDUSTRY JOINT APPRENTICESHIP & TRAINING TRUST; NATIONAL ELECTRICAL BENEFIT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>TKK LLC, a Washington limited liability company, UBI NO. 603617711 and RLI INSURANCE COMPANY, Bond No. LSM1537651,<br><br>Defendants. | NO. 2:22-cv-01653-TL<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS AND ACTION WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTIES |

In accordance with Federal Rule of Civil Procedure 41, Plaintiffs Boards of Trustees of the Local 191 I.B.E.W. Health and Welfare Trust Fund, the Local 191 I.B.E.W. Money Purchase Plan, and the Northwest Washington Electrical Industry Joint Apprenticeship & Training Trust, and National Electrical Benefit Fund (collectively,

NOTICE OF VOLUNTARY DISMISSAL – 1
CAUSE NO. 2:22-cv-01653-TL

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5300 191 gd11ed01tj

"Trust Funds") hereby provides the Court with this Notice of Voluntary Dismissal without prejudice of all asserted claims against Defendant TKK LLC and Defendant RLI Insurance Company and dismissal of this action without costs or fees to any parties.

DATED this 11th day of April 2023.

    */s/ Douglas M. Lash*
Douglas M. Lash, WSBA # 48531
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for the Plaintiff Trust Funds

## CERTIFICATE OF SERVICE

This will certify that on April 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. This certifies that the foregoing document was served via CM/ECF electronic mail on all registered users. Defendant TKK LLC has not appeared in this matter.

Dated this 11th day of April, 2023.

    */s/ Douglas M. Lash*
Douglas M. Lash, WSBA #48531
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Plaintiff Trust Funds

NOTICE OF VOLUNTARY DISMISSAL – 2
CAUSE NO. 2:22-cv-01653-TL

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900



5300 191 gd11ed01tj